UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PINNACLE SERVICES, LLC,                                 Case No. 6:18-bk-01852-CCJ
                                                        Chapter 11

        Debtor.
_____/

**NOTICE OF FILING SECOND AMENDED CASH COLLATERAL BUDGET
FOR EMERGENCY MOTION FOR AN ORDER AUTHORIZING
THE USE OF CASH COLLATERAL (DOC. 2)**

Debtor, Pinnacle Services, LLC, by and through its undersigned proposed counsel, hereby gives this Notice of Filing an amended cash collateral budget and attached hereto as **Exhibit A.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic notice through CM/ECF system to all parties registered to receive notices via CM/ECF, this 21st day of May, 2018.

                                                   */s/ Michael A. Nardella*
                                                   Michael A. Nardella, Esquire
                                                   Florida Bar No. 51265
                                                   Nardella & Nardella, PLLC
                                                   250 East Colonial Drive, Suite 102
                                                   Orlando, Florida 32801
                                                   Phone: (407) 966-2680
                                                   Fax: (407) 966-2681
                                                   mnardella@nardellalaw.com
                                                   afebres@nardellalaw.com

                                                   **PROPOSED COUNSEL TO DEBTOR**

**PINNACLE SERVICES USA**
**ESTIMATED BUDGET**

| | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | TOTALS | Comments |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Sales and Services | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 200,000 | |
| | - | - | | | | | |
| **TOTAL REVENUE** | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 200,000 | |
| **COST OF GOODS SOLD** | | | | | | | |
| SUBCONTRACTORS (SAM) | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 12,500 | Sam |
| COST OF GOODS SOLD | 4,500 | 5,000 | 5,000 | 5,000 | 5,000 | 24,500 | bulbs, wiring, ballasts, parts |
| TOLLS AND PARKING | 100 | 100 | 100 | 100 | 100 | 500 | |
| Permits | - | - | - | - | - | | |
| **TOTAL COST OF GOODS SOLD** | 7,100 | 7,600 | 7,600 | 7,600 | 7,600 | 37,500 | |
| **TOTAL INCOME** | 32,900 | 32,400 | 32,400 | 32,400 | 32,400 | 162,500 | |
| **UTILITIES** | | | | | | | |
| Electric | 90 | 100 | 100 | 110 | 110 | 510 | |
| **TOTAL UTILITIES** | 90 | 100 | 100 | 110 | 110 | 510 | |
| **AUTOMOBILE EXPENSES** | | | | | | | |
| DODGE RAM LEASE | 842 | 842 | 842 | 842 | 842 | 4,210 | |
| AUTO PARTS SUPPLIES | 100 | 100 | 100 | 100 | 100 | 500 | |
| FUEL | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 11,000 | |
| REPAIRS AND MAINTENANCE, OIL CHANGES | 2,000 | 1,500 | 2,000 | 1,500 | 2,000 | 9,000 | |
| **TOTAL AUTOMOBILE EXPENSES** | 5,142 | 4,642 | 5,142 | 4,642 | 5,142 | 24,710 | |
| **SALARIES & WAGES** | | | | | | | |
| SALARIES & WAGES | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 47,500 | Sonny - 4800 / Elise - 2900 / Night Watch - 1200/ |
| Stanton Electric cost to use his license to repair electric | | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | |
| John Daghlarian | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 | |
| Rick Sitzer | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 | |
| **TOTAL PAYROLL EXPENSE** | 13,500 | 14,500 | 14,500 | 14,500 | 14,500 | 71,500 | |
| **ADMINISTRATIVE & OFFICE EXPENSES** | | | | | | | |
| OFFICE RENT | 850 | 850 | 850 | 850 | 850 | 4,250 | |
| CELL PHONES | 50 | 50 | 50 | 50 | 50 | 250 | |
| OFFICE INTERNET/PHONES | 180 | 180 | 180 | 180 | 180 | 900 | |
| ACCOUNTING FEES | - | - | 575 | - | - | 575 | Quarterly (575) |
| COMPUTER EXPENSES (repairs) | | | 200 | | | 200 | |
| CASUAL LABOR | 400 | 300 | 400 | 400 | 400 | 1,900 | |
| COPIER LEASE PAYMENT | 381 | 381 | 381 | 381 | 381 | 1,905 | |
| OFFICE SUPPLIES, POSTAGE,FED EX, MISC. | 150 | 150 | 150 | 150 | 150 | 750 | |
| SunTrust | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 15,000 | |
| **TOTAL ADMINISTRATIVE** | 5,011 | 4,911 | 5,786 | 5,011 | 5,011 | 25,730 | |
| **INSURANCE EXPENSE** | | | | | | | |
| AUTO INSURANCE | - | | 2,260 | | | 2,260 | QUARTERLY (2260) |
| INSURANCE EXPENSES - OTHER | | | | | | | |
| GENERAL LIABILITY | 1,456 | | | 1,456 | | 2,912 | 1 DOWN PAYMENT AND Quarterly |
| **TOTAL INSURANCE EXPENSES** | 1,456 | - | 2,260 | 1,456 | - | 5,172 | |
| Business Backers signed loan | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,000 | |
| **TOTAL EXPENSES** | 26,199 | 25,153 | 28,788 | 26,719 | 25,763 | 132,622 | |
| **NET OPERATING INCOME (NOI)** | 6,701 | 7,247 | 3,612 | 5,681 | 6,637 | 29,878 | |



**EXHIBIT A**