UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

    PINNACLE SERVICES, LLC,        Case Number:    6:18-bk-01852-CCJ
                                                     Chapter:                11
        Debtor.
_____/

**MOTION FOR ORDER CONFIRMING ABSENCE**
**OF AUTOMATIC STAY AS TO DEBTOR'S AGENT**

NOVEL SIGNS, INC. (**"Novel"**), by and through the undersigned attorney and pursuant to 11 U.S.C. §362(j), hereby files this Motion for Order Confirming Absence of Automatic Stay as to Debtor's Agent (this **"Motion"**). In support of this Motion, Novel states:

1.    On April 2, 2018, PINNACLE SERVICES, LLC (**"Debtor"**) filed a Voluntary Petition commencing the above styled Chapter 11 case.

2.    Novel is a creditor of Debtor with an unsecured claim in the amount of $117,811.74.

3.    Specifically, Novel negotiated with RICK SITZER (**"Sitzer"**), a principal, agent and shareholder of Debtor, for the provision by Novel of certain goods and services, including the manufacture and delivery of signs, lighting fixtures, and related hardware. In exchange for such goods and services, on behalf of Debtor, Sitzer assured Novel that it would be paid its contract price of $117,811.74.

4.    Debtor, through Sitzer, accepted the goods and services without any objection or complaint. Upon delivery of the goods and services by Novel, Debtor, through

its agent, Sitzer, installed the signs manufactured by Novel at numerous branches of AXIOM BANK located within the State of Florida.

5. For its part, AXIOM BANK paid Debtor $281,985.05 for sign installation services provided by Novel. Contemporaneously, Debtor, through Sitzer, issued a series of equal payment checks totaling the amount owed Novel.

6. Immediately thereafter, Debtor, through Sitzer, closed Debtor's business checking account and issued stop payment orders on all of the checks preventing their negotiation. In so doing, Sitzer acted with fraudulent intent against Novel.

7. Therefore, Novel believes it has a valid claim against Sitzer for civil theft pursuant to Section 772.11, *Florida Statutes*.

8. Accordingly, Novel seeks to pierce Debtor's corporate veil due to the fraudulent conduct of Sitzer in conformity with *Dania Jai-Alai Palace, Inc. v. Sykes*, 450 So. 2d 1114, 1117 (Fla. 1984).

9. A condition precedent to the enforcement of a civil theft claim is the provision of a written demand for treble damages pursuant to that section. Therefore, should the Court grant the relief requested in this Motion, Novel will send Sitzer a letter substantially in the form attached to this Motion pursuant to Section 772.11, *Florida Statutes*.

10. While the automatic stay may not apply to Sitzer, who is not a debtor in this case, Novel seeks the entry of a "comfort order" for relief from the automatic stay.

WHEREFORE, Novel moves this Court for the entry an order:

a. Granting this Motion; and

b. Confirming that the automatic stay in this case does not apply to Novel's claim against Debtor's agent, Sitzer, so that Novel may pursue Sitzer for civil

theft pursuant to its rights under the Florida Statutes.

        /s/ Timothy B. Perenich
Timothy B. Perenich, Esquire
Florida Bar Number: 0909490
**PERENICH LAW, PL**
25749 US Highway 19 N Ste 200
Clearwater, FL 33763-2010
(727) 669-2828 telephone
(727) 669-2220 facsimile
Timothy@PerenichLaw.com
Attorney for Novel

## Certificate of Service

I HEREBY CERTIFY that a true, complete and correct copy of the foregoing has been furnished on June 6, 2018 by First Class United States Mail and/or electronic transmission to:

| | | |
|---|---|---|
| Pinnacle Services, LLC<br>951 N. Volusia Ave.<br>Unit #500.<br>Orange City, FL, 32763 | United States Trustee - ORL<br>Office of the U.S. Trustee<br>George C Young Federal Bldg<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>Miriam.G.Suarez@usdoj.gov | Michael A Nardella<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801<br>mnardella@nardellalaw.com |

        /s/ Timothy B. Perenich
Timothy B. Perenich, Esquire
Attorney for Novel